IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRUEBEGINNINGS LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-800-O |
| | § | |
| FRANK PERRELLI, | § | |
|     Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

On October 31, 2008, the Magistrate Judge entered Findings, Conclusions, and Recommendations recommending this Court deny Plaintiff's Request for Default Judgment and Defendant's Motion to Dismiss. *See* Doc. No. 5 (3:08-CV-800-O) (N.D. Tex. Jun. 16, 2008) (Plaintiff's request for default); Doc. No. 6 (3:08-CV-800-O) (N.D. Tex. Jun. 16, 2008) (Defendant's Motion to Dismiss); Doc. No. 10 (3:08-CV-800-O) (N.D. Tex. Oct. 31, 2008). No objections have been filed to this recommendation.

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's request for default judgment is hereby **DENIED**. In addition, Plaintiff's motion to dismiss is hereby **DENIED**. Defendant Frank Perrelli is ORDERED to file his answer to Plaintiff's complaint within the time frame set out in Rule 12(a)(4)(A) of the

Federal Rules of Civil Procedure.

**SO ORDERED** on this **24th** day of **November, 2008.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**